X FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 2 1 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona
RYAN MCCARTHY
Assistant United States Attorney
Arizona State Bar No. 029804
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ryan.McCarthy@usdoj.gov
Attorneys for Plaintiff

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Heriberto Landeros-Lopez, (Counts 1, 2, 5, and 6),
2. David Copeland, (Counts 1, 2)
3. Tywanda Devar Woods, (Counts 1, 3)
4. Donnie Elbert Culberson, (Counts 1, 4)
5. Roy Eugene Evans, (Count 1)
6. Kevin McDonald, (Counts 1, 5),

Defendants.

No. CR-23-00212-PHX-SPL (ESW)

**INDICTMENT**

VIO: 21 U.S.C. § 846
(Conspiracy to Distribute Controlled Substances)
(Count 1)

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
(Count 2)

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)
(Possession with Intent to Distribute Fentanyl)
(Count 3)

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)
(Possession with Intent to Distribute Fentanyl)
(Count 4)

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
(Count 5)

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)
(Possession with Intent to Distribute Fentanyl)
(Count 6)

18 U.S.C. §§ 981 and 982,
21 U.S.C. §§ 853 and 881,
and 28 U.S.C. § 2461(c)
(Forfeiture Allegations)
(Counts 1-6)

**THE GRAND JURY CHARGES:**

**COUNT 1**

Beginning in or about February 2022 through on or about February 22, 2023, in the District of Arizona and elsewhere, the defendants HERIBERTO LANDEROS-LOPEZ, DAVID COPELAND, TYWANDA DEVAR WOODS, DONNIE ELBERT CULBERSON, ROY EUGENE EVANS, and KEVIN MCDONALD, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(i), and 841(B)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about June 5, 2022, in the District of Arizona, defendants HERIBERTO LANDEROS-LOPEZ and DAVID COPELAND did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT 3**

On or about July 30, 2022, in the District of Arizona, defendant TYWANDA DEVAR WOODS did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**COUNT 4**

On or about December 6, 2022, in the District of Arizona, defendant DONNIE ELBERT CULBERSON did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**COUNT 5**

On or about January 31, 2023, in the District of Arizona, defendants HERIBERTO LANDEROS-LOPEZ and KEVIN MCDONALD did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT 6**

On or about February 15, 2023, in the District of Arizona, defendant HERIBERTO LANDEROS-LOPEZ did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 6 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense:

2021 Dodge Ram Arizona License Plate B6A10C and VIN: 1C6SRFHT2MN652778;

2015 Cadillac Escalade Arizona License Plate CSM7347 and VIN: 1GYS4CKJ0FR307509;

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 21, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
RYAN MCCARTHY
Assistant U.S. Attorney